United States Courts
Southern District of Texas
FILED

MAR 23 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-16- |
| ALIMID DELATORRE GARCIA, a/k/a (1) "Cole", (cts. 1 – 3) | § § § § | 16 CR 0127 |
| FELIBERTO PINEDA-DUARTE, (2) (cts. 1 and 2) and | § § § § | |
| FERNANDO PACHECO-OLIVO, (3) a/k/a "Gallo" (cts. 1 and 3) defendants. | § § § § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Possess with Intent to Distribute)

From on or about April 1, 2015 through February 24, 2016, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**ALIMID DELATORRE GARCIA**, a/k/a "Cole",

**FELIBERTO PINEDA-DUARTE**
and
**FERNANDO PACHECO-OLIVO** a/k/a "Gallo"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A)(viii) and

846.

## COUNT TWO
### (Aiding and Abetting Possession with Intent to Distribute)

On or about May 13, 2015, in the Houston Division of the Southern District of Texas and elsewhere, the defendants,

**ALIMID DELATORRE GARCIA**, a/k/a "Cole",
and
**FELIBERTO PINEDA-DUARTE**

aiding and abetting each other and others, known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT THREE
### (Aiding and Abetting Possession with Intent to Distribute)

On or about August 11, 2015, in the Houston Division of the Southern District of Texas and elsewhere, the defendants,

**ALIMID DELATORRE GARCIA**, a/k/a "Cole",
and
**FERNANDO PACHECO-OLIVO** a/k/a "Gallo"

aiding and abetting each other and others, known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to defendants:

**ALIMID DELATORRE GARCIA**, a/k/a "Cole",

**FELIBERTO PINEDA-DUARTE**
and
**FERNANDO PACHECO-OLIVO** a/k/a "Gallo"

that, in the event of conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the following is subject to forfeiture:

(1)   all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

(2)   all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

### Money Judgment

Defendants are notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

### Substitute Assets

Defendants are notified that in the event that property subject to forfeiture, as a result of any act or omission of defendants,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

the United States will seek to forfeit any other property of the defendants up to the total value of the property subject to forfeiture pursuant to Title 21, United States Code, Section 853(p).

                                                      A TRUE BILL

                                                      Original Signature on File

                                                      FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON,
United States Attorney

By: _____
RICHARD J. MAGNESS
Assistant United States Attorney
(713) 567-9527