IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED
DEC 3 0 2016
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § § | CRIMINAL NO: H-16-127 |
| Fernando Pacheco-Olivo | § § | |

## MOTION TO DISMISS COUNSEL, AND
## MOTION TO APPOINT NEW COUNSEL

COMES NOW, **Fernando Pacheco Olivo**, Defendant in the above captioned cause, and makes this motion for this Honorable Court to enter an order allowing **Tom Berg** to be dismissed from the above styled case as attorney for said defendant, and for grounds therefore, says:

1. That said attorney entered an appearance on behalf of said defendant in the above captioned case.

2. The defendant and said attorney's relationship is irretrievably broken with no likelihood that said attorney-client relationship can be preserved because of a conflict of interest.

3. Defendant is indigent and is unable to pay said attorney to represent him on this case.

WHEREFORE, the defendant prays that this Honorable Court will enter an order allowing said attorney to be dismissed as attorney in this case that is now pending before this Court.

Respectfully Submitted,

*Fernando Pacheco Olivo*

I, **Fernando Pacheco Olivo**, being currently incarcerated in the Joe Corley Detention Facility, 500 Hilbig Street, Conroe, Texas 77301, declare under penalty of perjury that the foregoing is true and correct.

Date: 12-28, 2016

Name **Fernando Pacheco Olivo**

ORDER

BE IT REMEMBERED that on this the _____ day of _____, 2016, Came to be considered the above Motion to Dismiss Counsel, and Motion to Appoint New Counsel, which having been considered by the Court, is hereby:

☐ GRANTED

☐ DENIED

And It Is So ordered,

                                                HONORABLE _____
                                                               UNITED STATES DISTRICT JUDGE

April 2016

Fernando Pacheco Olivo
#07947479
500 Hilbig Rd.
Conroe tx 77301

correo Legal

THIS LEGAL MAIL HAS
NOT BEEN INSPECTED

77002-260588

United States District Court
Southern District of Texas
FILED
DEC 30 2016
David J. Bradley, Clerk of Court

Honorable Judge,
Vanessa Gilmore
515 Rusk Avenue,
Houston TX, 77002